Case: 3:18-cr-00436-JGC  Doc #: 1  Filed: 08/08/18  1 of 2.  PageID #: 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| Plaintiff, | ) | |
| | ) | 3:18 CR 436 |
| v. | ) | CASE NO. _____ |
| | ) | Title 18, Section 922(g)(9), |
| JASON M. CALTON, | ) | United States Code |
| Defendant. | ) | |

FILED 2018 AUG -8 PM 3:52 CLERK U.S. DISTRICT COURT NORTHERN DISTRICT OF OHIO TOLEDO

JUDGE JAMES G. CARR

### COUNT 1
(Possession of a Firearm by a Prohibited Person, in violation of 18 U.S.C. § 922(g))

The Grand Jury charges:

On or about June 24, 2018, in the Northern District of Ohio, Western Division, Defendant, JASON M. CALTON, having been convicted in any court of a misdemeanor crime of domestic violence, to wit: Domestic Violence, a misdemeanor of the first degree, Case No. 00 CRB 00532, in the Eastern District Court, Swanton, Fulton County, Ohio on January 4, 2001; did knowingly possess in and affecting commerce a firearm, to wit: Harrington & Richardson, model 949, .22 caliber revolver, serial number AX018752, which was shipped and transported in interstate or foreign commerce, in violation of Title 18, United States Code, Section 922(g)(9).

### FORFEITURE

The Grand Jury further charges:

The allegation of Count 1 is hereby realleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1), and

Title 28, United States Code, Section 2461(c). As a result of the foregoing offense, Defendant, JASON CALTON, shall forfeit to the United States all property involved in the commission of the violation charged in Count 1 including, but not limited to: Harrington & Richardson, model 949, .22 caliber revolver, serial number AX018752.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.